UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. ________________

IRA FRANKEL,
individually and on behalf of all
others similarly situated,

Plaintiff,

v.

ROOMS TO GO CENTRAL CORP.,

Defendant.
_______________________________________/

**DEFENDANT ROOMS TO GO CENTRAL CORP.'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Rooms To Go Central Corp.,[1] hereby gives notice of the removal of the above-styled action to the United States District Court for the Southern District of Florida, and states as follows:

1. On or about August 12, 2025, Plaintiff Ira Frankel filed a putative class action in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, as Case No. CACE25012101 (the "State Court Action").

2. Rooms To Go Central Corp. was served with the Summons and Complaint on March 2, 2026.

3. The Complaint asserts a federal law claim against Rooms To Go Central Corp. Specifically, the single count Complaint asserts a claim arising under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.*, based upon purported conduct by Rooms To Go Central Corp.

[1] Rooms To Go Central Corp. denies that it is a proper party to this proceeding and reserves all available defenses.

4. Accordingly, this is a civil action arising under the law of the United States, over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331.

5. Removal of this action is therefore appropriate pursuant to 28 U.S.C. § 1441(a).

6. Venue is proper in this Court because the action is being removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, which lies in the Southern District of Florida. *See* 28 U.S.C. §§ 1441(a), 1446(a).

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant, including the Complaint, are attached as Exhibit A.

8. This Notice of Removal is timely, as it is being filed within thirty (30) days of service of process. *See* 28 U.S.C. § 1446(b).

9. The action is not a non-removable action as described in 28 U.S.C. § 1445.

10. Promptly after filing this Notice, Rooms To Go Central Corp. will give written notice thereof to Plaintiff and will file a copy of this Notice with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida pursuant to 28 U.S.C. § 1446(d).

11. Rooms To Go Central Corp. expressly reserves all rights to move for dismissal of this action on any ground whatsoever and further reserves all other available defenses. Rooms To Go Central Corp. further reserves the right to submit additional evidence in support of removal as appropriate in future circumstances, or to amend this Notice.

WHEREFORE, Defendant Rooms To Go Central Corp. hereby removes this action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida.

Dated: March 20, 2026

*/s/ Jamie Zysk Isani*

**HUNTON ANDREWS KURTH LLP**
Jamie Zysk Isani (FBN 728861)
Natalia Cristina San Juan (FBN 1011430)
333 S.E. 2nd Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
jisani@Hunton.com
nsanjuan@Hunton.com

*Counsel for Defendant Rooms To Go Central Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record, this 20th day of March 2026.

*/s/ Jamie Zysk Isani*